IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00928-CMA-MEH | Date:   June 2, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| PIKES PEAK NEPHROLOGY ASSOCIATES, P.C., <br> BRAD H. YUAN, M.D., <br> STEPHEN FOX, M.D., <br> MELINDA L. HOCKENSMITH, M.D., <br> ROGER L. MALLORY, M.D., <br> GEORGE A. DEVAULT, JR., M.D., and <br> JESSEE A. FLAXENBURG, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> TOTAL RENAL CARE, INC., <br><br> Defendant. | James D. Kilroy <br><br><br><br><br><br><br><br><br><br><br> Charles E. Weir |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**     **9:18 a.m.**

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding the Joint Motion of All Parties to Amend Minute Order and Set Briefing Schedule (Doc. #8, filed 5/21/09).

**ORDERED:**   1.   The Joint Motion of All Parties to Amend Minute Order and Set Briefing Schedule (Doc. #8, filed 5/21/09) is GRANTED in part and DENIED in part as stated on the record.

2.   A Telephonic Status Conference is set for **September 1, 2009, at 9:30 a.m.**  Counsel are directed to conference together and then contact the Court at (303)844-4507 at the time of the hearing.

**Court in recess:**     9:28 a.m.  (Hearing concluded)
**Total time in court:**  0:10