**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00928-CMA-MEH

PIKES PEAK NEPHROLOGY ASSOCIATES, P.C.,
BRAD H. YUAN, M.D.,
STEPHEN FOX, M.D.
MELINDA L. HOCKENSMITH, M.D.,
ROGER L. MALLORY, M.D.,
GEORGE A. DEVAULT, JR., M.D., and
JESSE A. FLAXENBURG, M.D.,

    Plaintiffs,

v.

TOTAL RENAL CARE, INC., a California corporation,

    Defendant.

## ORDER TO STAY PENDING RULING ON OUTSTANDING MOTIONS

The parties' Joint Motion To Stay Action Pending Ruling (Doc. # 20) is GRANTED. The Court, having considered the motion and the case file, hereby

ORDERS that this action is STAYED pending the Court's ruling on Plaintiff's Motion To Stay Arbitration Proceeding (Doc. # 5) and Defendants' Motion To Compel Arbitration Pursuant to 9 U.S.C. § 4 (Doc. # 14).

DATED: November  6 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge